190 So.2d 567

**Ex parte Jarvis PATTON.**

**6 Div. 230.**

Court of Appeals of Alabama.

Sept. 27, 1966.

Jarvis Patton, pro se.

Richmond M. Flowers, Atty. Gen., for respondent.

CATES, Judge.

Original petition for mandamus to the Circuit Court of Jefferson County. The object is to expedite a coram nobis proceeding.

On authority of Ex parte Goodman, ante p. 183, 185 So.2d 146, the petition, because it fails to show that the original conviction was appealable to this court, is hereby

Dismissed.

---

190 So.2d 567

**Ex parte Jim BEARD.**

**2 Div. 145.**

Court of Appeals of Alabama.

Sept. 27, 1966.

Jim Beard, pro se.

Richmond M. Flowers, Atty. Gen., for respondent.

CATES, Judge.

Original petition for mandamus to the Circuit Court of Sumter County. The object is to expedite a coram nobis proceeding.

On authority of Ex parte Goodman, ante p. 183, 185 So.2d 146, the petition, because it fails to show that the original conviction was appealable to this court, is hereby

Dismissed.